**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
In re                                                                              :    Chapter 11
:
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]                   :    Case No. 12-12020 (MG)
:
:
:    (Jointly Administered)
Debtors.                                                         :
-----------------------------------------------------------------x

:
**RESIDENTIAL CAPITAL, LLC, et al.,**                 :
:
Plaintiffs,                                                        :
:    Adversary Proceeding No. 12-01671 (MG)
v.                                                                          :
:
**ALLSTATE INS. CO., THE OTHER PARTIES**    :
**LISTED ON EXHIBIT A TO THE COMPLAINT,**  :
**JOHN DOES 1-1000,**                                        :
:
Defendants.                                                    :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

    I, Melissa Loomis, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On June 4, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class Mail on the Special Service List attached hereto as **Exhibit A**, via Electronic Mail on the Monthly Service List attached hereto as **Exhibit B**, via First Class Mail on the Adversary Proceeding Parties service list attached hereto as **Exhibit C** and via Electronic Mail on the Adversary Proceeding service list attached hereto as **Exhibit D**:

1. Complaint Against Allstate Insurance Company, et al. [Docket No. 1]

2. Corporate Ownership Statement [Docket No. 2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289).

3. Debtors' Ex Parte Motion for an Order Allowing Debtors to Exceed Page Limit on Debtors' Motion to Extend the Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Litigation Against Debtors' Directors and Officers and Non-Debtor Corporate Affiliates [Docket No. 3]

4. Notice of Debtors' Motion to Extend the Automatic Stay or, in the Alternative, for Injunctive Relief Enjoininig Prosecution of Certain Litigation Against Debtors' Directors and Officers and Non-Debtor Corporate Affiliates [Docket No. 4]

5. Declaration of Joel C. Haims (Exhibits provided in CD-Rom format) [Docket No. 5]

6. Declaration of Jeffrey A. Lipps [Docket No. 6]

7. Declaration of James Whitlinger [Docket No. 7]

8. Declaration of Anne Janiczek [Docket No. 8]

9. Proposed Order Granting Debtors' Motion to Extend the Automatic Stay or in the Alternative, for Injunctive Relief [Docket No. 9]

10. Order Approving Debtors' Ex Parte Motion for an Order Allowing Debtors to Exceed Page Limit for Their Stay Motion [Docket No. 11]

11. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 12]

12. Amended Notice of Debtors' Motion to Extend the Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Litigation Against Debtors' Directors and Officers and Non-Debtor Corporate Affiliates [Docket No. 13]

13. Notice of Initial Case Conference Regarding Debtors' Motion to Extend the Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Litigation Against Debtors' Directors and Officers and Non-Debtor Corporate Affiliates [Docket No. 14]

14. Order Authorizing Debtors to Serve Exhibits in CD-Rom Format [Main Case, Docket No. 176]

Dated: June 7, 2012

                                                                                                */s/ Melissa Loomis*
                                                                                                Melissa Loomis

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 7th of June, 2012, by Melissa Loomis, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:   */s/ Lydia Pastor Nino*

My Commission Expires:   *11/18/2015*

# **Exhibit A**

Exhibit A
Special Service List
Served via First Class Mail

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Secured Lender under the Mortgage Servicing Rights Facility | Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 |
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn John S Forlines Vice President, Credit Management | 3900 Wisconsin Ave NW | Mail Stop 8H-504 | Washington | DC | 20016 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | 117 Avenue of the Americas | | New York | NY | 10036 |
| Stalking Horse Bidder, Nationstar Mortgage | Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | | Lewisville | TX | 75067 |
| Office of the New York Attorney General | Office of the NY State Attorney General | Nancy Lord & Neal Mann | The Capitol | | Albany | NY | 12224-0341 |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 |
| Residential Capital LLC | Residential Capital LLC | Attn Tammy Hamzehpour | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Residential Capital LLC | Residential Capital LLC | Tammy Hamzehpour | 1100 Virginia Dr | | Ft Washington | PA | 19034 |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 |
| Counsel to Nationstar | Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | | Chicago | IL | 60603 |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | NY | 10036 |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 |

**Exhibit A**
**Special Service List**
**Served via First Class Mail**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 |
| Indenture Trustee under the Pre-Petition GSAP Facility | The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: George Rayzis | 50 South 16 th Street | Suite 2000 | Philadelphia | PA | 19102 |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingston Avenue | EP-MN-WS1D | St. Paul | MN | 55107 |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 |
| GMEN Indenture Trustee at Corporate Trust Office | Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 |

# **Exhibit B**

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Ally Bank | Ally Bank | Tom Houghton | tom.houghton@ally.com |
| Secured Lender under the Secured Revolver and Line of Credit | Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com<br>william.b.solomon@ally.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | John C Weitnauer Esq | kit.weitnauer@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | marty.bunin@alston.com<br>william.hao@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | William B Macurda | bill.macurda@alston.com |
| Counsel to the Texas Comptroller of Public Accounts | Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | john.stern@texasattorneygeneral.gov |
| Securitization/HELOC Trustee | Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com<br>Jennifer.Provenzano@BNYMellon.com<br>Michael.Spataro@BNYMellon.com<br>Mageshwaran.Ramasamy@BNYMellon.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Alicia Borys & Patrick Kerner | alicia.borys@barclays.com<br>patrick.kerner@barclays.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Joe Tricamo & May Wong | xrausloanops5@barclays.com |
| Creditor | Barry B Eskanos JD MPA & Ami B Eskanos | | bbeskanos@aol.com |
| Buyer under the Pre-Petition Ally Repo Facility | BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | gregory.petrick@cwt.com<br>ingrid.bagby@cwt.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | mark.ellenberg@cwt.com |
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Counsel to Lead Plaintiff | Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | jlaitman@cohenmilstein.com<br>clometti@cohenmilstein.com<br>meisenkraft@cohenmilstein.com<br>drehns@cohenmilstein.com<br>krehns@cohenmilstein.com |
| Counsel to HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | mwarner@coleschotz.com<br>echou@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankrupt@state.pa.us |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | mgallagher@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | macohen@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | sreisman@curtis.com |
| Counsel to Bank of New York Mellon Trust Company NA | Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | glenn.siegel@dechert.com<br>hector.gonzalez@dechert.com<br>brian.greer@dechert.com<br>mauricio.espana@dechert.com |
| Securitization Trustee | Deutsche Bank | Rosa Mendez | rosa.mendez@db.com |
| Member of Official Committee of Unsecured Creditors | Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Brendan.meyer@db.com |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Am | c/o Kelvin Vargas | kelvin.vargas@db.com |
| Counsel to Green Planet Servicing LLC | Duane Morris LLP | Gerald S Catalanello Esq & james J Bincequerra Esq | gcatalanello@duanemorris.com<br>jvincequerra@duanemorris.com |
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn John S Forlines Vice President, Credit Management | john_s_forlines@fanniemae.com |
| GSE - Fannie Mae | Fannie Mae | Catherine Lasher | catherine_lasher@fanniemae.com |
| Counsel to TCF National Bank | Foley & Mansfield PLLP | Thomas J Lallier | tlallier@foleymansfield.com |
| Counsel to Freddie Mac | Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com |
| Counsel to Ad Hoc RMBS Holder Group | Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com<br>shumphries@gibbsbruns.com |
| Counsel for the Institutional Investors | Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com |
| GSE - Ginnie Mae | Ginnie Mae | Ted Tozer | theodore.w.tozer@hud.gov |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020 (MG)

Page 1 of 4

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Stichting Pensioenfunds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 | Grant & Eisenhofer PA | Georffrey C Jarvis Matthew P Morris & Deborah A Elman | gjarvis@gelaw.com mpmorris@gelaw.com delman@gelaw.com |
| Counsel to HP Enterprise Services LLC | HP Enterprise Services LLC | Ayala Hassell Esq | ayala.hassell@hp.com |
| Internal Revenue Service | Internal Revenue Service | Insolvency Section | marie.l.cerchero@irs.gov |
| Counsel to Financial Guaranty Insurance Company | Jones Day | Carle E Black | ceblack@jonesday.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | cball@jonesday.com rlwynne@jonesday.com lemiller@jonesday.com |
| Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation | Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | aglenn@kasowitz.com mstein@kasowitz.com dfliman@kasowitz.com namamoo@kasowitz.com |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Counsel to Oakland County Treasurer | Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | ray.schrock@kirkland.com richard.cieri@kirkland.com stephen.hessler@kirkland.com projectrodeo@kirkland.com William.b.Solomon@ally.com Timothy.Devine@ally.com john.bellaver@ally.com |
| Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp | Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com jcorneau@klestadt.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | keckstein@kramerlevin.com tmayer@kramerlevin.com dmannal@kramerlevin.com |
| Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District | Law Offices of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Counsel to City of McAllen, South Texas ISD & South Texas College | Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | austin.bankruptcy@publicans.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP | Elzabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County | Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | houston_bankruptcy@lgbs.com |
| Counsel to Lead Plaintiff | Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com ilevee@lowenstein.com |
| Counsel to Lead Plaintiff | Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com ilevee@lowenstein.com |
| Counsel to GSE - Freddie Mac | McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | James L Garrity Jr | jgarrity@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | Michael S Kraut | mkraut@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | Patrick D Fleming | pfleming@morganlewis.com |
| Counsel to the Independent Directors of the Residential Capital, LLC | Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com bankruptcy@morrisoncohen.com |

Exhibit B
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP | Seth Goldman | seth.goldman@mto.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP | Thomas B Walper | Thomas.walper@mto.com |
| Office of the New York Attorney General | Office of the NY State Attorney General | Nancy Lord & Neal Mann | Nancy.Lord@OAG.State.NY.US Neal.Mann@OAG.State.NY.US |
| Counsel to Ambac Assurance Corporation | Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | dwdykhouse@pbwt.com bguiney@pbwt.com |
| Counsel to Johnson County et al, Richardson ISD | Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Counsel to Representative Plaintiffs and the Putative Class | Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | dflanigan@polsinelli.com jnagi@polsinelli.com |
| Counsel to Assured Guaranty Municipal Corp | Proskauer Rose LLP | Irena M Goldstein | igoldstein@proskauer.com |
| Counsel to Dallas CPT Fee Owner LP | Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | srutsky@proskauer.com jzajac@proskauer.com |
| Counsel to The Prudential Insurance Companu of America, The Gibralter Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio | Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | danbrockett@quinnemanuel.com daveburnett@quinnemanuel.com |
| Counsel to AIG Asset Management (US) LLC | Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | susheelkirpalani@quinnemanuel.com scottshelley@quinnemanuel.com |
| Counsel to Lehman Brothers Holdings Inc | Reilly Pozner LLP | Michael A Rollin | mrollin@rplaw.com |
| Residential Capital LLC | Residential Capital LLC | Attn Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com diane.citron@ally.com |
| Residential Capital LLC | Residential Capital LLC | Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com |
| Counsel to Ad Hoc RMBS Holder Group | Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com keith.wofford@ropesgray.com |
| Counsel for the Institutional Investors | Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com |
| Counsel to Samuel I White PC | Samuel I White PC | D Carol Sasser Esq | dsasser@siwpc.com |
| Counsel to Samuel I White PC | Samuel I White PC | Donna J Hall Esq | dhall@siwpc.com |
| Counsel to Liberty Property Limited Partnership | Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | bbressler@schnader.com rbarkasy@schnader.com |
| Counsel to Liberty Property Limited Partnership | Schnader Harrison Segal & Lewis LLP | Benjamin P Deutsch Esq | bdeutsch@schnader.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov newyork@sec.gov |
| Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 | Seward & Kissell LLP | Greg S Bateman | bateman@sewkis.com |
| Counsel to US Bank National Association as Securitization Trustee | Seward & Kissell LLP | Ronald L Cohen & Kalyan Das | cohen@sewkis.com das@sewkis.com |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020 (MG)

Page 3 of 4

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Citibank NA | Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | fsosnick@shearman.com<br>sfennessey@shearman.com |
| Counsel to Nationstar | Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | lnyhan@sidley.com<br>jboelter@sidley.com<br>bmyrick@sidley.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | jhofer@skadden.com<br>nikolay.kodes@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | sarah.ward@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | suzanne.lovett@skadden.com |
| Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR Inc ("MERS") | Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | whazeltine@sha-llc.com |
| Counsel for Institutional Investors | Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com |
| Counsel to TCF National Bank | TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | jmiller@tcfbank.com |
| Member of Official Committee of Unsecured Creditors | The Bank of New York Mellon | Attn Robert H Major Vice President | robert.major@bnymellon.com |
| Securitization Trustee | The Canada Trust Company | Susan Khokher | susan.khokher@td.com<br>kathryn.thorpe@td.com<br>Adam.Parkin@tdsecurities.com<br>Christopher.stevens@tdsecurities.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: George Rayzis | george.rayzis@usbank.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: Irina Palchuk | irina.palchuk@usbank.com |
| Member of Official Committee of Unsecured Creditors | U.S. Bank National Association | Attn: Mamta K Scott | mamta.scott@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association | Michelle Moeller | michelle.moeller@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | tanveer.ashraf@usbank.com |
| Counsel to GSE - Ginnie Mae | U.S. Department of Justice | Attn: Glenn D. Gillette | Glenn.Gillett@usdoj.gov |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | joseph.cordaro@usdoj.com |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov<br>Linda.Riffkin@usdoj.gov<br>Brian.Masumoto@usdoj.gov |
| Counsel to Representative Plaintiffs and the Putative Class | Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | mvaughan@wbsvlaw.com<br>dskeens@wbsvlaw.com |
| Securitization/HELOC Trustee | Wells Fargo Bank, N.A. | Kelly Rentz | kelly.j.rentz@wellsfargo.com<br>Nichlaus.M.Ross@wellsfargo.com<br>Sharon.Squillario@wellsfargo.com<br>mary.l.sohlberg@wellsfargo.com |
| Claimant | Wendy Alison Nora | | esslegalservices@gmail.com |
| Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes | White & Case LLP | Attn: Gerard Uzzi | guzzi@whitecase.com |
| Securitization Trustee | Wilmington Trust | Jennifer Williams | jwilliams@wilmingtontrust.com<br>esoriano@wilmingtontrust.com |
| Counsel to GSE - Fannie Mae | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel to Federal National Mortgage Association | Winston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | dneier@winston.com<br>cschreiber@winston.com<br>almoskowitz@winston.com |

# **Exhibit C**

**Exhibit C**
**Parties to the Adversary Proceeding**
**Served via First Class Mail**

| Name | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Acacia Life Insurance Company | Salene Hitchcock-Gear, CEO | 7315 Wisconsin Avenue | | | Bethesda | MD | 20814 | |
| Acacia Life Insurance Company | Samuel H Rudman | ROBBINS GELLAR RUDMAN & DOWD LLP | 58 South Service Road | Suite 200 | Melville | NY | 11747 | |
| Acacia Life Insurance Company | Steven W. Pepich | Robbins Geller Rudman & Dowd | 655 West Broadway | Suite 1900 | San Diego | CA | 92101 | |
| Allstate Bank (f/k/a Allstate Federal Savings Bank) | Daniel L. Brockett | Quinn Emanuel | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | |
| Allstate Bank (f/k/a Allstate Federal Savings Bank) | Director or Officer | 3100 Sanders Road | Suite N4a | | Northbrook | IL | 60062 | |
| Allstate Insurance Company | Daniel L. Brockett | Quinn Emanuel | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | |
| Allstate Insurance Company | Thomas J. Wilson, President & CEO | 2775 Sanders Rd | | | Northbrook | IL | 60062 | |
| Allstate Life Insurance Company | Daniel L. Brockett | Quinn Emanuel | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | |
| Allstate Life Insurance Company | Matthew E. Winter, Director & President | 3100 Sanders Road | | | Northbrook | IL | 60062 | |
| Allstate Life Insurance Company of New York | Daniel L. Brockett | Quinn Emanuel | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | |
| Allstate Life Insurance Company of New York | Susan L. Lees, Senior Vice President, General Counsel, Allstate Life Insurance Co. of NY | 100 Motor Parkway | Suite 132 | | Happauge | NY | 11788 | |
| Allstate New Jersey Insurance Company | Daniel L. Brockett | Quinn Emanuel | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | |
| Allstate New Jersey Insurance Company | William Ballinger, President, Allstate New Jersey | 3075 Sanders Road | Suite H1A | | Northbrook | IL | 60062 | |
| Allstate Retirement Plan | Daniel L. Brockett | Quinn Emanuel | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | |
| Allstate Retirement Plan | Director or Officer | 3075 Sanders Road | Suite G4A | | Northbrook | IL | 60062 | |
| American Heritage Life Insurance Company | Daniel L. Brockett | Quinn Emanuel | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | |
| American Heritage Life Insurance Company | David A. Bird, President | 1776 American Heritage Life Drive | | | Jacksonville | Fl. | 32224 | |
| Ameritas Life Insurance Corp. | Donald R. Stading | 5900 "O" Street | P.O. Box 81889 | | Lincoln | NE | 68510 | |
| Ameritas Life Insurance Corp. | Samuel H Rudman | ROBBINS GELLAR RUDMAN & DOWD LLP | 58 South Service Road | Suite 200 | Melville | NY | 11747 | |
| Ameritas Life Insurance Corp. | Steven W. Pepich | Robbins Geller Rudman & Dowd | 655 West Broadway | Suite 1900 | San Diego | CA | 92101 | |
| Assured Guaranty Municipal Corp. | Dominic Frederico, CEO | 31 West 52nd Street | | | New York | NY | 10019 | |
| Assured Guaranty Municipal Corp. | Jacob Buchdahl | Susman Godfrey | 560 Lexington Ave. | 15th Floor | New York | NY | 10022 | |

**Exhibit C**
**Parties to the Adversary Proceeding**
**Served via First Class Mail**

| Name | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Boilermaker Blacksmith National Pension Trust | Joel P. Laitman | Cohen Milstein Sellers & Toll | 88 Pine Street | 14th Floor | New York | NY | 10005 | |
| Boilermaker Blacksmith National Pension Trust | Mario Rodriguez, CIO | 754 Minnesota Avenue | Suite 522 | | Kansas City | KS | 66101 | |
| Cambridge Place Investment Management Inc. | Gerald H. Silk | Bernstein Litowitz Berger & Grossman | 1285 Avenue of the Americas | 38th Floor | New York | NY | 10019 | |
| Cambridge Place Investment Management Inc. | Robert Kramer, President | 100 Main St. Ste 430 | | | Concord | MA | 01742-2528 | |
| Cambridge Place Investment Management, Inc. | Gerald H. Silk | Bernstein Litowitz Berger & Grossman | 1285 Avenue of the Americas | 38th Floor | New York | NY | 10019 | |
| Cambridge Place Investment Management, Inc. | Robert Kramer, President | 100 Main St. Ste 430 | | | Concord | MA | 01742-2528 | |
| Columbus Life Insurance Company | David H. Wollmuth | Wollmuth Maher & Deutsch | 500 Fifth Avenue | | New York | NY | 10110 | |
| Columbus Life Insurance Company | Jonathan D. Niemeyer, General Counsel | 400 Broadway | | | Cincinnati | OH | 45202 | |
| Federal Deposit Insurance Corp. as receiver for Citizens National Bank and Strategic Capital Bank | David J. Grais | Grais & Ellsworth | 1211 Avenue of the Americas | | New York | NY | 10036 | |
| Federal Deposit Insurance Corp. as receiver for Citizens National Bank and Strategic Capital Bank | Stephen Rodgers, Acting Regional Counsel | FDIC | 350 Fifth Avenue | Suite 1200 | New York | NY | 10118 | |
| Federal Home Loan Bank of Boston | Edward A. Hjerpe III, President & CEO | 800 Boylston Street | | | Boston | MA | 02199 | |
| Federal Home Loan Bank of Boston | Lynn Lincoln Sarko | Keller Rohrback | 1201 3rd Avenue Suite 3200 | | Seattle | WA | 98101-3052 | |
| Federal Home Loan Bank of Chicago | Lynn Lincoln Sarko | Keller Rohrback | 1201 3rd Avenue Suite 3200 | | Seattle | WA | 98101-3052 | |
| Federal Home Loan Bank of Chicago | Matthew R. Feldman, President & CEO | 200 East Randolph Drive | | | Chicago | IL | 60601 | |
| Federal Home Loan Bank of Indianapolis | Lynn Lincoln Sarko | Keller Rohrback | 1201 3rd Avenue Suite 3200 | | Seattle | WA | 98101-3052 | |
| Federal Home Loan Bank of Indianapolis | Milton J. Miller II, President & CEO | 8250 Woodfield Crossing Boulevard | | | Indianapolis | IN | 46240 | |
| Federal Housing Finance Agency, as conservator for the Federal Home Loan Mortgage Corporation | Mark E. Kasowitz | Kasowitz Benson Torres & Friedman | 1633 Broadway | | New York | NY | 10019 | |

**Exhibit C**
**Parties to the Adversary Proceeding**
**Served via First Class Mail**

| Name | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Federal Housing Finance Agency, as conservator for the Federal Home Loan Mortgage Corporation | Steve A. Linick, Inspector General | Federal Housing Finance Agency Office of Inspector General | 400 7th Street | SW | Washington | DC | 20024 | |
| Financial Guaranty Insurance Co. | Howard F. Sidman | Jones Day | 222 East 41st Street | | New York | NY | 10017 | |
| Financial Guaranty Insurance Co. | John S. Dubel, CEO | 125 Park Avenue | | | New York | NY | 10017 | |
| First Colonial Insurance Company | Daniel L. Brockett | Quinn Emanuel | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | |
| First Colonial Insurance Company | Douglas J. Herberger, President | 1776 American Heritage Life Drive | | | Jacksonville | Fl. | 32224 | |
| Fort Washington Investment Advisors, Inc. | David H. Wollmuth | Wollmuth Maher & Deutsch | 500 Fifth Avenue | | New York | NY | 10110 | |
| Fort Washington Investment Advisors, Inc. | Jonathan D. Niemeyer, General Counsel | 303 Broadway | Suite 1200 | | Cincinnati | OH | 45202 | |
| Huntington Bancshares Inc. | Jay W. Eisenhofer | Grant & Eisenhofer | 485 Lexington Ave. | 29th Floor | New York | NY | 10017 | |
| Huntington Bancshares Inc. | Stephen Steinour, CEO | Huntington Center | 41 South High Street | | Columbus | OH | 43287 | |
| Integrity Life Insurance Company | David H. Wollmuth | Wollmuth Maher & Deutsch | 500 Fifth Avenue | | New York | NY | 10110 | |
| Integrity Life Insurance Company | Jonathan D. Niemeyer, General Counsel | 400 Broadway | | | Cincinnati | OH | 45202 | |
| Kennett Capital, Inc. | Daniel L. Brockett | Quinn Emanuel | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | |
| Kennett Capital, Inc. | Director or Officer | 42 Read's Way | Suite 124 | | New Castle | DE | 19720 | |
| Massachusetts Mutual Life Ins. Co. | Philippe Z. Selendy | Quinn Emanuel | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | |
| Massachusetts Mutual Life Ins. Co. | Roger W. Crandall, CEO | 1295 State Street | | | Springfield | MA | 01111 | |
| National Integrity Life Insurance Company | David H. Wollmuth | Wollmuth Maher & Deutsch | 500 Fifth Avenue | | New York | NY | 10110 | |
| National Integrity Life Insurance Company | Jill T. McGruder, President & Ceo | 15 Mattherws Street | Suite 200 | | Goshen | NY | 10924 | |
| New Jersey Carpenters Health Fund | George R. Laufenberg, Administrative Manager | 91 Fieldcrest Avenue | Raritan Plaza II | P.O. Box 7818 | Edison | NJ | 08818 | |
| New Jersey Carpenters Health Fund | Joel P. Laitman | Cohen Milstein Sellers & Toll | 88 Pine Street | 14th Floor | New York | NY | 10005 | |
| New Jersey Carpenters Vacation Fund | George R. Laufenberg, Administrative Manager | 91 Fieldcrest Avenue | Raritan Plaza II | P.O. Box 7818 | Edison | NJ | 08818 | |
| New Jersey Carpenters Vacation Fund | Joel P. Laitman | Cohen Milstein Sellers & Toll | 88 Pine Street | 14th Floor | New York | NY | 10005 | |
| Sealink Funding Ltd. | Director or Officer | First Floor | 7 Exchange Place IFSC | | Dublin | | | Ireland |
| Sealink Funding Ltd. | Joel H. Bernstein | Labaton Sucharow LLP | 140 Broadway | | New York | NY | 10005 | |

**Exhibit C**
**Parties to the Adversary Proceeding**
**Served via First Class Mail**

| Name | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Stichting Pensioenfonds ABP | Henk Brouwer, Chairman | Oude Lindestraat 70 | 6411 EJ Heerlen | | | | | The Netherlands |
| Stichting Pensioenfonds ABP | Jay W. Eisenhofer | Grant & Eisenhofer | 485 Lexington Ave. | 29th Floor | New York | NY | 10017 | |
| The Western and Southern Life Insurance Company | David H. Wollmuth | Wollmuth Maher & Deutsch | 500 Fifth Avenue | | New York | NY | 10110 | |
| The Western and Southern Life Insurance Company | Jonathan D. Niemeyer, General Counsel | 400 Broadway | | | Cincinnati | OH | 45202 | |
| Thrivent Balanced Fund | Blair A. Nicholas | Bernstein Litowitz Berger & Grossman | 12481 High Bluff Drive Suite 300 | | San Diego | CA | 92130 | |
| Thrivent Balanced Fund | Russell W. Swansen, SVP, CIO | 625 Fourth Avenue South | | | Minneapolis | MN | 55415 | |
| Thrivent Balanced Portfolio | Blair A. Nicholas | Bernstein Litowitz Berger & Grossman | 12481 High Bluff Drive Suite 300 | | San Diego | CA | 92130 | |
| Thrivent Balanced Portfolio | Russell W. Swansen, SVP, CIO | 625 Fourth Avenue South | | | Minneapolis | MN | 55415 | |
| Thrivent Bond Index Portfolio | Blair A. Nicholas | Bernstein Litowitz Berger & Grossman | 12481 High Bluff Drive Suite 300 | | San Diego | CA | 92130 | |
| Thrivent Bond Index Portfolio | Russell W. Swansen, SVP, CIO | 625 Fourth Avenue South | | | Minneapolis | MN | 55415 | |
| Thrivent Core Bond Fund | Blair A. Nicholas | Bernstein Litowitz Berger & Grossman | 12481 High Bluff Drive Suite 300 | | San Diego | CA | 92130 | |
| Thrivent Core Bond Fund | Russell W. Swansen, SVP, CIO | 625 Fourth Avenue South | | | Minneapolis | MN | 55415 | |
| Thrivent Financial Defined Benefits Plan Trust | Blair A. Nicholas | Bernstein Litowitz Berger & Grossman | 12481 High Bluff Drive Suite 300 | | San Diego | CA | 92130 | |
| Thrivent Financial Defined Benefits Plan Trust | Russell W. Swansen, SVP, CIO | 625 Fourth Avenue South | | | Minneapolis | MN | 55415 | |
| Thrivent Financial for Lutherans | Blair A. Nicholas | Bernstein Litowitz Berger & Grossman | 12481 High Bluff Drive Suite 300 | | San Diego | CA | 92130 | |
| Thrivent Financial for Lutherans | Russell W. Swansen, SVP, CIO | 625 Fourth Avenue South | | | Minneapolis | MN | 55415 | |
| Thrivent Income Fund | Blair A. Nicholas | Bernstein Litowitz Berger & Grossman | 12481 High Bluff Drive Suite 300 | | San Diego | CA | 92130 | |
| Thrivent Income Fund | Russell W. Swansen, SVP, CIO | 625 Fourth Avenue South | | | Minneapolis | MN | 55415 | |
| Thrivent Limited Maturity Bond Fund | Blair A. Nicholas | Bernstein Litowitz Berger & Grossman | 12481 High Bluff Drive Suite 300 | | San Diego | CA | 92130 | |
| Thrivent Limited Maturity Bond Fund | Russell W. Swansen, SVP, CIO | 625 Fourth Avenue South | | | Minneapolis | MN | 55415 | |
| Thrivent Limited Maturity Bond Portfolio | Blair A. Nicholas | Bernstein Litowitz Berger & Grossman | 12481 High Bluff Drive Suite 300 | | San Diego | CA | 92130 | |

**Exhibit C**
**Parties to the Adversary Proceeding**
**Served via First Class Mail**

| Name | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Thrivent Limited Maturity Bond Portfolio | Russell W. Swansen, SVP, CIO | 625 Fourth Avenue South | | | Minneapolis | MN | 55415 | |
| Union Central Life Insurance Company | John M. Lucas, V.P. | 1876 Waycross Road | P.O. Box 40888 | | Cincinnati | OH | 45240 | |
| Union Central Life Insurance Company | Samuel H Rudman | ROBBINS GELLAR RUDMAN & DOWD LLP | 58 South Service Road | Suite 200 | Melville | NY | 11747 | |
| Union Central Life Insurance Company | Steven W. Pepich | Robbins Geller Rudman & Dowd | 655 West Broadway | Suite 1900 | San Diego | CA | 92101 | |
| Western-Southern Life Assurance Company | David H. Wollmuth | Wollmuth Maher & Deutsch | 500 Fifth Avenue | | New York | NY | 10110 | |
| Western-Southern Life Assurance Company | Jonathan D. Niemeyer, General Counsel | 400 Broadway | | | Cincinnati | OH | 45202 | |

# **<u>Exhibit D</u>**

**Exhibit D**
**Parties to the Adversary Proceeding**
**Served via Electronic Mail**

| Party | Name | Notice Name | Email |
|---|---|---|---|
| Acacia Life Insurance Company | Robbins Geller Rudman & Dowd | Steven W. Pepich | stevep@rgrdlaw.com |
| Allstate Bank (f/k/a Allstate Federal Savings Bank) | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Allstate Insurance Company | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Allstate Life Insurance Company | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Allstate Life Insurance Company of New York | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Allstate New Jersey Insurance Company | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Allstate Retirement Plan | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| American Heritage Life Insurance Company | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Ameritas Life Insurance Corp. | Robbins Geller Rudman & Dowd | Steven W. Pepich | stevep@rgrdlaw.com |
| Assured Guaranty Municipal Corp. | Susman Godfrey | Jacob Buchdahl | jbuchdahl@susmangodfrey.com |
| Boilermaker Blacksmith National Pension Trust | Cohen Milstein Sellers & Toll | Joel P. Laitman | jlaitman@cohenmilstein.com |
| Cambridge Place Investment Management Inc. | Bernstein Litowitz Berger & Grossman | Gerald H. Silk | jerry@blbglaw.com |
| Cambridge Place Investment Management, Inc. | Bernstein Litowitz Berger & Grossman | Gerald H. Silk | jerry@blbglaw.com |
| Columbus Life Insurance Company | Wollmuth Maher & Deutsch | David H. Wollmuth | dwollmuth@wmd-law.com |
| Federal Deposit Insurance Corp. as receiver for Citizens National Bank and Strategic Capital Bank | Grais & Ellsworth | David J. Grais | dgrais@graisellsworth.com |
| Federal Home Loan Bank of Boston | Keller Rohrback | Lynn Lincoln Sarko | lsarko@kellerrohrback.com |
| Federal Home Loan Bank of Chicago | Keller Rohrback | Lynn Lincoln Sarko | lsarko@kellerrohrback.com |
| Federal Home Loan Bank of Indianapolis | Keller Rohrback | Lynn Lincoln Sarko | lsarko@kellerrohrback.com |
| Federal Housing Finance Agency, as conservator for the Federal Home Loan Mortgage Corporation | Kasowitz Benson Torres & Friedman | Mark E. Kasowitz | mkasowitz@kasowitz.com |
| Financial Guaranty Insurance Co. | Jones Day | Howard F. Sidman | hfsidman@jonesday.com |
| First Colonial Insurance Company | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Fort Washington Investment Advisors, Inc. | Wollmuth Maher & Deutsch | David H. Wollmuth | dwollmuth@wmd-law.com |
| Huntington Bancshares Inc. | Grant & Eisenhofer | Jay W. Eisenhofer | jeisenhofer@gelaw.com |
| Integrity Life Insurance Company | Wollmuth Maher & Deutsch | David H. Wollmuth | dwollmuth@wmd-law.com |
| Kennett Capital, Inc. | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Massachusetts Mutual Life Ins. Co. | Quinn Emanuel | Philippe Z. Selendy | philippeselendy@quinnemanuel.com |
| National Integrity Life Insurance Company | Wollmuth Maher & Deutsch | David H. Wollmuth | dwollmuth@wmd-law.com |

**Exhibit D**
**Parties to the Adversary Proceeding**
**Served via Electronic Mail**

| Party | Name | Notice Name | Email |
|---|---|---|---|
| New Jersey Carpenters Health Fund | Cohen Milstein Sellers & Toll | Joel P. Laitman | jlaitman@cohenmilstein.com |
| New Jersey Carpenters Vacation Fund | Cohen Milstein Sellers & Toll | Joel P. Laitman | jlaitman@cohenmilstein.com |
| Sealink Funding Ltd. | Labaton Sucharow LLP | Joel H. Bernstein | jbernstein@labaton.com |
| Stichting Pensioenfonds ABP | Grant & Eisenhofer | Jay W. Eisenhofer | jeisenhofer@gelaw.com |
| The Western and Southern Life Insurance Company | Wollmuth Maher & Deutsch | David H. Wollmuth | dwollmuth@wmd-law.com |
| Thrivent Balanced Fund | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Balanced Portfolio | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Bond Index Portfolio | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Core Bond Fund | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Financial Defined Benefits Plan Trust | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Financial for Lutherans | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Income Fund | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Limited Maturity Bond Fund | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Limited Maturity Bond Portfolio | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Union Central Life Insurance Company | Robbins Geller Rudman & Dowd | Steven W. Pepich | stevep@rgrdlaw.com |
| Western-Southern Life Assurance Company | Wollmuth Maher & Deutsch | David H. Wollmuth | dwollmuth@wmd-law.com |